UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO RAMOS-BAUTISTA,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:20-cr-00050

# **ORDER**

Defendant appeared before me on March 24, 2020, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. Moreover, defendant waived his right to grand jury review and elected to proceed on the Felony Information. I find that his waivers were knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on March 24, 2020.

                                                         /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge